```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  ROOT BROTHERS FARMS,

                         Plaintiff,            MEMORANDUM & ORDER
                                               21-cv-1962(EK)(MMH)
              -against-

  BIG BIG PRODUCE, INC., YIU CHEUNG
  CHAN a.k.a. PAUL Y. CHAN, MARGARET S.
  CHAN-YAN, et al.

                         Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Henry's Report and Recommendation (R&R) dated August 2, 2022.  ECF No. 25.  Judge Henry recommends that I grant in part and deny in part Plaintiff's motion for default judgment.  Judge Henry recommends that I enter default judgment against Defendants, holding them jointly and severally liable for Plaintiff's claims; and award Plaintiff damages in the amount of $69,058.50, plus pre-judgment interest through August 2, 2022 in the amount of $11,464.34, plus additional pre-judgment interest from August 2 through the date of judgment at the rate of $17.03 per day, plus post-judgment interest as set forth in 28 U.S.C. § 1961 to run from the date of judgment until the judgment is satisfied.  *Id.* at 23-24.  Judge Henry recommends that I deny Plaintiff's request for injunctive relief ordering the creation of a common trust.

*Id.* at 15. Neither party has filed objections and the time to do so has expired. Accordingly, I review Judge Henry's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, Plaintiff's motion for default judgment is granted except as to Plaintiff's request for the creation of a common trust. Plaintiff is awarded $69,058.50, plus pre-judgment interest and post-judgment interest as set out above. The Clerk of Court is respectfully directed to enter judgment and close the case.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   September 29, 2022
        Brooklyn, New York